Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | SUZANNE B. CONLON | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 C 3964 (No. 10-3035) | DATE | 12/6/10 |
| CASE TITLE | Igor Vladimir Aslan (#19193-424) vs. DHS Agent, et al. | | |

**DOCKET ENTRY TEXT:**

Pursuant to the Court of Appeals' Order of October 28, 2010, the plaintiff's renewed motion for leave to appeal *in forma pauperis* [#26] is granted. The trust fund officer at the plaintiff's place of confinement is authorized and ordered to make deductions and payments as set forth herein. The clerk is directed to send copies of this order to the trust fund officer at the Fort Dix Correctional Institution and the PLRA Attorney, U.S. Court of Appeals for the Seventh Circuit.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

The plaintiff, a federal prisoner, has brought this *pro se* civil rights action pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971). The plaintiff claims that the defendants, two federal agents, seized cash, jewelry, and other valuables from the plaintiff when they arrested him in December 2006, but that the government has never either returned the confiscated property or provided a proper accounting of the items' disposition. By Minute Order of August 6, 2010, the court summarily dismissed the complaint on preliminary review as time-barred.

Pursuant to the Court of Appeals' Order of October 28, 2010, the plaintiff's renewed motion for leave to appeal *in forma pauperis* is granted. The plaintiff is assessed an initial partial filing fee of $17.86. The trust fund officer at the plaintiff's place of incarceration is authorized and ordered to collect, when funds exist, the partial filing fee from the plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the trust fund officer at the correctional facility where the plaintiff is confined is directed to collect monthly payments from the plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $455 appellate docketing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and the **(CONTINUED)**

mjm

**STATEMENT (continued)**

case number assigned to this action. These deductions and payments shall be in addition to any other deductions and payments previously ordered by this or any other court with respect to this or any other action. This payment obligation will follow the plaintiff wherever he may be transferred.

    The clerk is directed to send copies of this order to the trust fund officer at the Fort Dix Correctional Institution and the PLRA Attorney, United States Court of Appeals for the Seventh Circuit.

*Suzanne B. Conlon*